UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 11237
    MAURICE D FISHER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4522
```

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/22/2007 and was not confirmed.

    The case was dismissed without confirmation 11/15/2007.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICE | MORTGAGE ARRE | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 377.00 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 115.00 | .00 | .00 |
| CITGO GAS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1310.00 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 476.61 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 543.56 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,670.00 | | 1,563.12 |
| TOM VAUGHN | TRUSTEE | | | 106.88 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:

------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,670.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,563.12 |
| TRUSTEE COMPENSATION | | 106.88 |
| DEBTOR REFUND | | .00 |
| TOTALS | 1,670.00 | 1,670.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 11237 MAURICE D FISHER

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE